THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALVIN RAY LILLEY, Defendant-Appellant.

(No. 72-155; )

Fifth District—November 25, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Robert E. Farrell and Michael J. Rosborough, both of State Appellate Defender's Office, of Mt. Vernon, for appellant.

Nicholas G. Byron, *State's Attorney,* of Edwardsville (Raymond F. Buckley, Jr., Assistant State's Attorney, of counsel), for the People.